# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| VANDA WATKINS p/k/a CRIMINAL MANNE, an individual; HAYWARD IVY p/k/a DJ SQUEEKY, an individual; and RAYNA B. RUFUS, in her capacity as Executor of the ESTATE OF GERALD BERRY p/k/a KILO G., <br><br> Plaintiffs, <br><br> v. <br><br> KANYE OMARI WEST p/k/a YE, an individual; TYRONE WILLIAM GRIFFIN p/k/a TY DOLLA $IGN, an individual; YEEZY RECORD LABEL LLC, a California limited liability company; WARNER CHAPPELL MUSIC, INC., a Delaware Corporation; CREATE MUSIC GROUP, INC., a Delaware Corporation; and DOES 1–10. <br><br> Defendants. | Case No. 2:24-cv-2880-JPM-tmp |

## ORDER GRANTING ATTORNEYS' FEES

This matter is before the Court on Plaintiffs' Motion to Compel and Request for Sanctions against Defendant Yeezy Record Label ("YRL"), (ECF No. 59), and the Court's Order Granting the Motion, (ECF No. 81). By the Court's Order, YRL is to pay Plaintiffs' attorneys' fees and expenses, shown by affidavit. (Id. at PageID 519.) Plaintiffs' counsel submitted his affidavit on June 10, 2025. (ECF No. 88.) Plaintiffs' counsel details his attorneys' fees regarding the Motion to Compel and Request for Sanctions total $1,295.00: 3.7 hours at $350.00

1

per hour.  (Id. at PageID 552.)  Plaintiffs' counsel avers the total fees and expenses are reasonable and were necessary to accomplish receipt of YRL's initial disclosures.  (See id.)

In context of the nature of the case and Plaintiffs' counsel's experience, the Court exercises its discretion and **GRANTS** Plaintiffs' Motion.  See Bldg. Serv. Loc. 47 Cleaning Contractors Pension Plan v. Grandview Raceway, 46 F.3d 1392, 1400 (6th Cir. 1995).  Plaintiffs are **AWARDED** attorneys' fees and reasonable expenses in the amount of $1,295.00.

**IT IS SO ORDERED** this the 17th day of June, 2025.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE