## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| VANDA WATKINS p/k/a Criminal Manne, an individual; HAYWARD IVY p/k/a DJ SQUEEKY, an individual; and RAYNA B. RUFUS, in her capacity as Executor of the ESTATE OF GERALD BERRY p/k/a KILO G., <br><br>  *Plaintiffs*, <br>   vs. <br><br> KANYE OMARI WEST p/k/a YE, an individual; TYRONE WILLIAM GRIFFIN p/k/a TY DOLLA $IGN, an individual; YEEZY RECORD LABEL LLC, a California limited liability company; CREATE MUSIC GROUP, INC., a Delaware corporation; and DOES 1-10, <br><br>  *Defendants*. | Case No. 2:24-CV-02880 <br> Hon. Jon Phipps McCalla <br><br> Action Filed: November 13, 2024 <br><br> FAC Filed: April 7, 2025 |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiffs Vanda Watkins, Hayward Ivy, and Rayna B. Rufus ("Plaintiffs"), together with Defendant Tyrone William Griffin Jr. *p/k/a* "Ty Dolla $ign" ("Ty Dolla $ign") and Create Music Group, Inc. ("Create," and together with Ty Dolla $ign, the "Settling Defendants") (collectively, the "Parties") hereby respectfully submit this Notice of Settlement in Principle ("Notice").

The Parties have resolved their differences and are presently negotiating a confidential settlement agreement, which will resolve Plaintiffs' claims against the

Settling Defendants – but not co-defendants Kanye Omari West p/k/a/ YE or Yeezy Record Label LLC– *in their entirety*.

In light of the Parties' agreement, the Parties respectfully request that the Court grant the Parties (30) days to both finalize their confidential agreement, and for Plaintiffs to file a Stipulation for Dismissal with Prejudice as to the Settling Defendants.

This request is made in good faith, not for the purpose of delay, and seeks to promote judicial economy.

Dated: July 30, 2025
       Miami, Florida

| | |
|---|---|
| */s/ Bradley J. Eiseman* <br> Bradley J. Eiseman (TN #30534) <br> **BRADLEY J. EISEMAN AT LAW** <br> 115 Harbor Common Dr <br> Memphis, TN 38103 <br> Telephone: (901) 299-8250 <br> Facsimile: (901) 370-3890 <br> Email: bradeisemanlaw@gmail.com <br> *Attorney for all Plaintiffs* | */s/ James G. Sammataro* <br> James G. Sammataro (admitted *pro hac vice*) <br> N.Y. Bar Number 4937926 <br> **PRYOR CASHMAN LLP** <br> 255 Alhambra Circle, 8th Floor <br> Miami, Florida 33134 <br> jsammataro@pryorcashman.com <br> (786) 582-3010 <br><br> Rachel M. Kaplowitz (admitted *pro hac vice*) <br> N.Y. Bar Number 5765433 <br> **PRYOR CASHMAN LLP** <br> 7 Times Square <br> New York, New York 10036 <br> rkaplowitz@pryorcashman.com <br> (212) 421-4100 <br> *Attorneys for Defendant Tyrone William Griffin Jr.* |

2

/s/ *Brianna Logan*
BRIANNA LOGAN (California SBN: 347947)
ELLIOT GIPSON (California SBN: 234020)
Admitted *pro hac vice*
ELLIOT GIPSON PC
15260 Ventura Blvd., Suite 835
Los Angeles, California 91403
Telephone: (310) 817-1268
Email: blogan@elliotgipson.com
*Attorneys for Defendant Create Music Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, I caused a true and correct copy of the foregoing Notice to be electronically filed with the Clerk of Court and served upon all counsel of record via the Court's CM/ECF electronic filing system.

/s/James G. Sammataro
James G. Sammataro