IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| VANDA WATKINS, et al.,  )<br>    Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>KANYE OMARI WEST, et al.,  )<br>    Defendants  ) | Case 2:24-cv-2880-JPM-tmp |

**ORDER GRANTING TIME TO FINALIZE SETTLEMENT AGREEMENT AND FILE STIPULATION OF DISMISSAL**

Before the Court is a Notice of Settlement in Principle, filed by Plaintiffs Vanda Watkins, Hayward Ivy, and Rayna B. Rufus (collectively, "Plaintiffs") and Defendants Tyrone William Griffin Jr. p/k/a "Ty Dolla $ign" ("Griffin") and Create Music Group, Inc. ("CMG") (collectively, "Settling Defendants") on July 30, 2025. (ECF No. 110.)

Plaintiffs and Settling Defendants state they have "resolved their differences and are presently negotiating a confidential settlement agreement, which will resolve Plaintiffs' claims against . . . Settling Defendants . . . in their entirety." (Id. at PageID 953–54 (emphasis omitted).) Plaintiffs indicate the instant Notice of Settlement does not address Defendants Kanye Omari West p/k/a/ YE ("West") or Yeezy Record Label LLC ("YRL"). (Id. at PageID 954.)

Plaintiffs and Settling Defendants request the Court grant them thirty (30) days to finalize their agreement and file a stipulation for dismissal with prejudice as to Settling Defendants. (Id.)

For good cause shown, their request is **GRANTED**. Plaintiffs and Settling Defendants shall have until and through **August 29, 2025**, to finalize their agreement. Plaintiffs shall have

until and through **August 29, 2025**, to file a stipulation for dismissal with prejudice as to Settling Defendants.

    **SO ORDERED** this the 30th day of July, 2025.

                                        /s/ Jon P. McCalla
                                        JON P. MCCALLA
                                        UNITED STATES DISTRICT JUDGE

Case 2:24-cv-02880-TLP-tmp   Document 111   Filed 07/30/25   Page 2 of 2
                        PageID 957