## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

|  |  |
|---|---|
| VANDA WATKINS p/k/a Criminal Manne, an individual; HAYWARD IVY p/k/a DJ SQUEEKY, an individual; and RAYNA B. RUFUS, in her capacity as Executor of the ESTATE OF GERALD BERRY p/k/a KILO G., <br><br> Plaintiffs, <br> v. <br><br> KANYE OMARI WEST p/k/a YE, an individual; TYRONE WILLIAM GRIFFIN JR. p/k/a TY DOLLA $IGN, an individual; YEEZY RECORD LABEL LLC, a California limited liability company; WARNER CHAPPELL MUSIC, INC., a Delaware Corporation; CREATE MUSIC GROUP, INC., a Delaware Corporation; and DOES 1-10. <br><br> Defendants. | Case No. 2:24-cv-2880-JPM-tmp <br><br> Jury Demand <br><br> Hon. Jon Phipps McCalla <br><br> Magistrate Tu M. Pham <br><br> Dismissal With Prejudice as to Defendants Tyrone William Griffin Jr. p/k/a Ty Dolla $ign and Create Music Group, Inc. |

**PLAINTIFFS' PARTIAL NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS CREATE MUSIC GROUP, INC. AND TYRONE WILLIAM GRIFFIN JR. P/K/A TY DOLLA $IGN**

Come now the Plaintiffs, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby give notice of the dismissal of this action with prejudice as to Defendants Create Music Group, Inc and Tyrone William Griffin Jr. p/k/a Ty Dolla $ign. Each party shall bear its own costs including attorneys' fees. This action remains ongoing as to Plaintiffs' claims against all other Defendants in this matter.

Dated:         September 9, 2025.

Respectfully submitted,

/s/ Bradley J. Eiseman
Bradley J. Eiseman (TN #30534)
BRADLEY J. EISEMAN AT LAW
115 Harbor Common Dr
Memphis, TN 38103
Telephone: (901) 299-8250
Facsimile:  (901) 370-3890
Email: bradeisemanlaw@gmail.com
*Attorney for all Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been

forwarded via the District Court E-File system and/or via email, to the following on September 9,

2025.

Elliot B. Gipson (pro hac vice)
Brianna N. Logan (pro hac vice)
ELLIOT GIPSON PC
15260 Ventura Blvd
Los Angeles, CA 91403
(310) 817-1268
egipson@elliotgipson.com
blogan@elliotgipson.com
*Counsel for Create Music Group, Inc.*

Rachel M. Kaplowitz (pro hac vice)
N.Y. Bar Number 5765433
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
rkaplowitz@pryorcashman.com
(212) 421-4100
*Counsel for Defendant Tyrone William
Griffin Jr.*

Eduardo Martorell,
Martorell Law APC

Playa District
6100 Center Drive, Suite 1130
Los Angeles, California 90045
(323) 840-1200
(323) 840-1300 (fax)
EMartorell@Martorell-Law.com
*Special counsel for Defendants Kanye Omari West*
*and Yeezy Record Label, LLC* (*See* ECF No. 33 at p. 1)


           /s/ Bradley J. Eiseman