# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| VANDA WATKINS, HAYWARD IVY, and RAYNA RUFUS, individually and as executor of the estate of Gerald Berry, <br><br> Plaintiffs, <br><br> v. <br><br> KANYE OMARI WEST, TYRONE WILLIAM GRIFFIN, YEEZY RECORD LABEL LLC, WARNER/CHAPPELL MUSIC, INC., and CREATE MUSIC GROUP, INC., <br><br> Defendants. | No. 2:24-cv-02880-TLP-tmp <br><br> JURY DEMAND |

## JUDGMENT AS TO DEFENDANT WARNER/CHAPPELL MUSIC, INC. ONLY

**JUDGMENT BY THE COURT**. This action came before the Court on Plaintiffs' Complaint filed on November 13, 2024. (ECF No. 1.) In accordance with Plaintiffs' Notice of Voluntary Dismissal as to Warner/Chappell Music only (ECF No. 60), and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action as to Defendant Warner/Chappell Music, Inc. only is **DISMISSED WITH PREJUDICE** nunc pro tunc to April 21, 2025.[1]

---

[1] Plaintiffs filed their Notice of Voluntary Dismissal on this date. But due to an oversight, the Court failed to enter Judgment at the time.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

December 10, 2025
Date