IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| VANDA WATKINS, HAYWARD IVY, and RAYNA RUFUS, individually and as executor of the estate of Gerald Berry, <br><br> Plaintiffs, <br><br> v. <br><br> KANYE OMARI WEST, TYRONE WILLIAM GRIFFIN, YEEZY RECORD LABEL LLC, WARNER/CHAPPELL MUSIC, INC., and CREATE MUSIC GROUP, INC., <br><br> Defendants. | No. 2:24-cv-02880-TLP-tmp <br><br> JURY DEMAND |

**ORDER DENYING MOTIONS TO DISMISS WITHOUT PREJUDICE**

Kanye Omari West ("Ye") and Yeezy Record Label LLC ("Yeezy") are the only remaining Defendants in this case. They both moved to dismiss for lack of jurisdiction. (ECF Nos. 62, 115.) And Plaintiffs moved to take limited jurisdictional discovery as to both Defendants. (ECF Nos. 92, 122.) The Court then referred Plaintiffs' motions to Chief Magistrate Judge Tu M. Pham for disposition under 28 U.S.C. § 636(b)(1). (ECF Nos. 121, 125.) Chief Magistrate Judge Pham later granted Plaintiffs' motions in part and permitted Defendant Ye to submit a proposed protective order. (ECF No. 137.) The Parties now dispute the substance of that proposed protective order. (ECF Nos. 138, 139.)

Chief Magistrate Judge Pham will settle the dispute in due time. And when he does, Plaintiffs will be able to conduct the limited discovery they need. But that discovery will likely change the jurisdictional arguments that the Parties have made up to this point.

Because of that, the Court **DENIES** Ye's and Yeezy's Motions to Dismiss (ECF Nos. 62, 155) **WITHOUT PREJUDICE**.  After the limited discovery period, Defendants may then renew their motions to dismiss if they choose.  And the Court **DIRECTS** Plaintiffs to move for a scheduling conference after their limited discovery is complete.  The Court also **DIRECTS** the Parties to submit a proposed scheduling order to ECF_Judge_Parker@tnwd.uscourts.gov at least 7 days before the conference.[1]

**SO ORDERED**, this 16th day of January, 2026.

                                          s/Thomas L. Parker
                                          THOMAS L. PARKER
                                          UNITED STATES DISTRICT JUDGE

---

[1] The Court continued the Scheduling Order generally on December 10, 2025.  (ECF No. 134.)