**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| VANDA WATKINS p/k/a Criminal Manne, an individual; HAYWARD IVY p/k/a DJ SQUEEKY, an individual; and RAYNA B. RUFUS, in her capacity as Executor of the ESTATE OF GERALD BERRY p/k/a KILO G., <br><br> Plaintiffs, <br><br> v. <br><br> KANYE OMARI WEST p/k/a YE, an individual; TYRONE WILLIAM GRIFFIN p/k/a TY DOLLA $IGN, an individual; YEEZY RECORD LABEL LLC, a California limited liability company; WARNER CHAPPELL MUSIC, INC., a Delaware Corporation; CREATE MUSIC GROUP, INC., a Delaware Corporation; and DOES 1-10. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:24-cv-2880-TLP-tmp <br><br> Jury Demand <br><br> Hon. Thomas L. Parker <br><br> Magistrate Tu M. Pham <br><br> Joint Motion to Stay Proceedings |

**SECOND JOINT MOTION TO STAY ALL DEADLINES PENDING FINALIZATION
OF SETTLEMENT AGREEMENT**

Plaintiffs Vanda Watkins p/k/a Criminal Manne, Hayward Ivy p/k/a DJ Squeeky, and

Rayna B. Rufus, as Executor of the Estate of Gerald Berry p/k/a Kilo G (collectively, "Plaintiffs"),

and Defendants Kanye Omari West p/k/a YE and Yeezy Record Label LLC (collectively,

"Defendants") (together, the "Parties"), by and through their respective undersigned counsel,

hereby jointly move this Court pursuant to Federal Rule of Civil Procedure 16(b)(4) for an Order

staying all deadlines in this matter for an additional period of twenty-one (21) days. In support

thereof, the Parties state as follows:

1

1.      The Parties have reached a settlement agreement in principle resolving all claims between them in this Action.

2.      The Parties are in the process of finalizing the written settlement agreement and related documentation necessary to memorialize and effectuate their agreement.

3.      The Parties anticipate that the settlement documentation will be fully executed within an additional twenty-one (21) days from the current stay deadline of March 19, 2026, after which Plaintiffs will file a Notice of Voluntary Dismissal with Prejudice of all remaining claims in this Action pursuant to Federal Rule of Civil Procedure 41(a).

4.      A continued stay of all deadlines will promote judicial economy and conserve the resources of the Parties and the Court by avoiding the unnecessary expenditure of time and costs on litigation activities while the settlement is being finalized.

5.      No party will be prejudiced by the requested additional stay. To the contrary, all Parties consent to and join in this motion.

6.      If for any reason the Parties are unable to finalize their settlement within the additional twenty-one (21) day stay period, they will promptly notify the Court and request either a further extension of the stay or the reinstatement of all deadlines.

WHEREFORE, the Parties respectfully request that this Court enter the accompanying Proposed Order staying all deadlines in this matter for a period of an additional twenty-one (21) days from the date of entry of said Order and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

**FOR PLAINTIFFS:**

*/s/ Bradley J. Eiseman*
Bradley J. Eiseman
The Law Office of Bradley J. Eiseman
115 Harbor Common Dr
Memphis, TN 38103
Email: bradeisemanlaw@gmail.com
*Counsel for Plaintiffs*

**FOR DEFENDANTS:**

*/s/ Eduardo Martorell*
Eduardo Martorell
Martorell Law APC
6100 Center Drive, Suite 1130
Los Angeles, California 90045
Email: EMartorell@Martorell-Law.com
*Counsel for Defendants*

3